HARRY L. SIEGEL, Respondent, *v.* HARRY GOODMAN et al., Appellants.

Supreme Court, Appellate Term, First Department, December 21, 1945.

*Lawrence I. Gerber* for appellants.

*Bennett I. Schlessel* for respondent.

MEMORANDUM *Per Curiam.* The complaint should have been dismissed at the end of plaintiff's case. Under section 33-c of the Personal Property Law, there could be no modification of the written agreement unless in writing.

The judgment should be reversed, with costs, and complaint dismissed on the merits, with costs.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Judgment reversed, etc.